UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **SA CV 13-01842 DMG (PLAx)** | Date **August 18, 2014** |
| Title ***Joann Anderson, et al. v. Hyundai Motor Company Ltd., et al.*** | Page  1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

     On July 24, 2014, the Court granted Defendants' Motions to Dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) and otherwise denied as moot. [Doc. # 60.] In its Order, the Court gave Plaintiffs leave to file an amended complaint by no later than August 14, 2014. Plaintiffs have not filed a first amended complaint and the time to do so has now passed. Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**